UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REBECCA FLORES | * | CIVIL ACTION |
| VERSUS | * | NO. 23-3225 |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | * * | SECTION "A" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (ECF No. 9)** is **DENIED** and that her complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of February, 2024.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE